**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00023-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALEXANDER B. MANN,

        Defendant.

---

ORDER TO RELEASE PRESENTENCE REPORT TO ELIZABETH L. SATHER, Psy.D. and FOR THE JEFFERSON COUNTY SHERIFF'S DEPARTMENT TO ALLOW ELIZABETH L. SATHER TO CONDUCT A PSYCHOLOGICAL EVALUATION OF THE DEFENDANT AT THE JEFFERSON COUNTY JAIL

---

       IT IS ORDERED that the Probation Office shall release a copy of the presentence investigation report to Elizabeth L. Sather, Psy. D., to assist in the completion of a psychological evaluation of the Defendant.  It is

       FURTHER ORDERED that the Jefferson County Sheriff's Department shall allow Elizabeth L. Sather to have direct access to the defendant for the purposes of conducting the psychological evaluation.

       DATED at Denver, Colorado, this 3rd day of September, 2009.

                      BY THE COURT:

                      *s/John L. Kane*
                      John L. Kane
                      Senior United States District Judge