IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-23-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**ALEXANDER B. MANN,**

       Defendant.

---

**MINUTE ORDER**
***(Changing Time of Hearing)***

---

Judge John L. Kane **ORDERS**

       The time of the Sentencing Hearing set for **November 10, 2009 is** changed from 3:00 p.m. to **10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: October 27, 2009