**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00023-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALEXANDER B. MANN,

        Defendant.

---

ORDER DENYING DEFENDANT'S REQUEST FOR TIME SERVED

---

On August 5, 2015, the defendant, Alexander B. Mann, filed a letter (Doc. 43) requesting that he be awarded 162 days credit towards the sentence in this case for time served in connection with Jefferson County Combined Court, Case Number 2012CR3336.  Credit for time served is determined by the Bureau of Prisons, pursuant to 18 U.S.C. § 3585.  In addition, automated Colorado state court records indicate the defendant has been granted 162 days credit in this matter.  Therefore,

THE COURT orders that the defendant's request for time served is denied.

DATED at Denver, Colorado, this 20th day of August, 2015.

BY THE COURT:

*s/ John L. Kane*
SENIOR UNITED STATES DISTRICT JUDGE